UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Hon. Susan D. Wigenton, U.S.D.J. |
| Plaintiff, | ) | |
| | ) | Criminal No. 09-370 (SDW) |
| v. | ) | |
| MELVIN RAMOS, et al. | ) | **ORDER RELIEVING COUNSEL** |
| Defendant. | ) | Denied |

THIS MATTER having been opened to the Court upon a Motion to be Relieved as Counsel filed by Jerome A. Ballarotto, Esq., counsel for defendant Melvin Ramos, and the Court having considered this matter on the papers:

IT IS on this 3RD day of August, 2010

ORDERED that Jerome A. Ballarotto, Esq. Counsel for defendant Melvin Ramos, is hereby relieved as counsel for Melvin Ramos. Denied for the reasons set forth on the record on Aug. 3, 2010.

_____
USDJ