# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

**JEROME A. BALLAROTTO**
143 Whitehorse Avenue
Trenton, New Jersey 08610
(609) 581-8555
Attorney for Defendant,
Melvin Ramos

---

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOSEPH VAS and MELVIN RAMOS,

    Defendants.

Criminal No. 09-370 (SDW)

**CONSENT ORDER**

---

This matter, having been brought before this Court on application of defendant, Melvin Ramos, by his attorney, Jerome A. Ballarotto, Esq. and with the consent of the Government and counsel for defendant Ramos, and for good cause shown;

IT IS, on this _20th_ day of _October_, 2010,

**ORDERED** that defendant Ramos' motion for judgment of acquittal under Rule 29 (c) and motion for a new trial under Rule 33 shall be due on or before October 22, 2010, and the defendant's brief in support of the motions shall be due on or before November 5, 2010, and it is further

**ORDERED** that the Government's response to the defendant's motions shall be due on or before November 26, 2010, and it is further

**ORDERED** that a copy of this Order shall be served on all counsel within seven (7) days of the date hereof.

_____
HON. SUSAN D. WIGENTON, U.S.D.J.

I hereby consent to the form and entry of this order.

_____
Jenny Kramer-Hall
Assistant U. S. Attorney

10/8/10
Date

_____
Jerome A. Ballarotto, Esq.
Counsel for Defendant Ramos

10/15/10
Date