PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs. **Ramos, Melvin**　　　　　　　　　　　　　Docket No. **09-00370-002**

### Petition for Action on Conditions of Pretrial Release

COMES NOW PRETRIAL SERVICES OFFICER **Mertice Evans**, presenting an official report upon the conduct of defendant **Melvin Ramos**, who was placed under pretrial release supervision by **United States Magistrate Judge Madeline Cox Arleo** sitting in the Court at Newark, New Jersey, on May 20, 2009, under the following conditions:

1.) $100,000 Unsecured Appearance Bond cosigned by the defendant's wife, Carmen Ramos
2.) Pretrial Services supervision as directed and advise them immediately of any contact with law enforcement personnel, including but not limited to, any arrest, questioning or traffic stop
3.) Travel restricted to New Jersey and New York unless approved by Pretrial Services
4) Surrender all passports and travel documents to Pretrial Services and do not apply for new travel documents
5) Refrain from possessing a firearm, destructive device, or other dangerous weapons

The defendant is currently pending sentencing before Your Honor.

Respectfully presenting petition for action of Court and for cause as follows:

**See Attached Memorandum**

PRAYING THAT THE COURT WILL ORDER **THAT RELEASE CONDITIONS BE MODIFIED TO INCLUDE MENTAL HEALTH EVALUATION AND TREATMENT AS DIRECTED BY PRETRIAL SERVICES**

| ORDER OF COURT | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| Considered and ordered this 29th day of November 2010 and ordered filed and made a part of the records in the above case. | Executed on _____ |
| _____ | _____ |
| Honorable Susan D. Wigenton<br>U.S. District Judge | Mertice Evans<br>U.S. Pretrial Services Officer |